JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:           541-593-4452
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORINDA SEINIDA RICHARDS,  ) | Case No.  1:22-CV-01079-EPG |
| ) | |
|     Plaintiff  ) | **STIPULATION AND ORDER** |
| ) | **FOR EXTENSION OF TIME** |
| v.  ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| KILOLO KIJAKAZI,  ) | |
| Acting Commissioner of Social Security,  ) | (ECF No. 12) |
| ) | |
|     Defendant  ) | |
| _____) | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to February 1, 2023, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.

It is requested as Plaintiff's counsel fell behind on her work due to family plans during the holidays.

1

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 28, 2022

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  December 29, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

2

**ORDER**

Based on the above stipulation (ECF No. 12), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment by no later than February 1, 2023. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **January 3, 2023**        /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE