JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLORINDA SEINIDA RICHARDS, | ) | Case No.  1:22-cv-01079-EPG |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ORDER FOR** |
| | ) | **EXTENSION OF TIME TO FILE** |
| v. | ) | **PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| KILOLO KIJAKAZI, | ) | (ECF No. 15) |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to March 20, 2023, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested as Plaintiff's counsel will shortly be having a surgery with a lengthy recovery period and will be unable to complete the Opening Brief in advance of that event.

1

2          The parties further stipulate that the Court's Scheduling Order be modified accordingly.

3

4

5

6                                              Respectfully submitted,

7

8    Date: January 27, 2023                    JACQUELINE A. FORSLUND
                                               Attorney at Law
9

10                                             _/s/Jacqueline A. Forslund_
11                                             JACQUELINE A. FORSLUND

12                                             Attorney for Plaintiff

13

14

15   Date:  January 27, 2023                   PHILLIP A. TALBERT
                                               United States Attorney
16                                             PETER THOMPSON
                                               Acting Regional Chief Counsel, Region IX
17                                             Social Security Administration

18                                             _/s/Michael Marriott for Marcelo Illarmo_
19                                             MICHAEL MARRIOTT FOR MARCELO ILLARMO
                                               Special Assistant United States Attorney
20                                             *By email authorization

21                                             Attorney for Defendant

22

23

24

25

26

27

28

                                            2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Based on the above stipulation (ECF No. 15), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment by no later than March 20, 2023. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:  **January 30, 2023**          _____/s/ Erica P. Grosjean_____

UNITED STATES MAGISTRATE JUDGE