1

2

3

4

5

6

7

JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

8

9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

| | | |
|---|---|---|
| FLORINDA SEINIDA RICHARDS, | ) | Case No.  1:22-CV-01079-EPG |
| | ) | |
|    Plaintiff | ) | STIPULATION AND ORDER FOR |
| | ) | EXTENSION OF TIME TO FILE |
| v. | ) | PLAINTIFF'S OPENING BRIEF |
| | ) | |
| KILOLO KIJAKAZI, | ) | (ECF No. 17). |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|    Defendant | ) | |
| | ) | |
| _____ | ) | |

18

19

20

21

22

23

24

25

        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

the time 4 Days to March 24, 2023, for Plaintiff to file her Opening Brief, in accordance with the

Court's Scheduling Order.  This is Plaintiff's third request for an extension.  Plaintiff's counsel

underwent surgery in February and thereafter experienced unexpected severe neuropathic pain that

has been alleviated by medications to some extent. Significant improvement began only two days

ago, which was not in time for counsel to draft Plaintiff's brief by its due date. Therefore, Plaintiff is

asking for an extension of time to March 24, 2023, to file her Opening Brief.

26

27

28

1     The parties further stipulate that the Court's Scheduling Order be modified accordingly.

2

3

4
                                         Respectfully submitted,
5

6

7    Date: March 20, 2023                 JACQUELINE A. FORSLUND
                                          Attorney at Law
8

9                                         */s/Jacqueline A. Forslund*
10                                        JACQUELINE A. FORSLUND

11                                        Attorney for Plaintiff

12

13
     Date:  March 20, 2023                PHILLIP A. TALBERT
14                                        United States Attorney
                                          PETER THOMPSON
15                                        Acting Regional Chief Counsel, Region IX
                                          Social Security Administration
16

17                                        */s/Marcelo Illarmo*
                                          MARCELO ILLARMO
18                                        Special Assistant United States Attorney
                                          *By email authorization
19

20                                        Attorney for Defendant

21

22

23

24

25

26

27

28

1

2

**ORDER**

Based on the above stipulation (ECF No. 17), IT IS ORDERED that Plaintiff shall file

Plaintiff's motion for summary judgment by no later than March 24, 2023. All other deadlines in the

Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **March 21, 2023**                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE